# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DANNY HOMOLA

NO. 2019 KW 1351

JAN 1 6 2020

---

In Re:   Danny Homola, applying for supervisory writs, 22nd
         Judicial District Court, Parish of St. Tammany, No.
         414486.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

   **WRIT DENIED.**   See La. Code Crim. P. art. 930.8(A).

**JMM**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
        FOR THE COURT